IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CEDRIC L. FACISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. H-12-2909 |
| | § | |
| BP TEXAS CITY CHEMICAL d/b/a | § | |
| BP, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a *de novo* review of the Magistrate Judge's Memorandum and Recommendation, to which no objections were filed. Finding no error, the court concludes that the Memorandum and Recommendation should be adopted.

The Memorandum and Recommendation is **ADOPTED**.

**SIGNED** at Houston, Texas, this 30th day of January, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE